JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVEROL WADNIPAR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br><br>Respondents. | Case No. 5:26-cv-03428-SB-ADS<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Reverol Wadnipar's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: July 14, 2026

Stanley Blumenfeld, Jr.
United States District Judge